# Court of Appeals
# of the State of Georgia

ATLANTA, __May 19, 2025__

*The Court of Appeals hereby passes the following order:*

**A25A0283.  SMITH v. SMITH.**

We granted Raina Marie Smith's application for discretionary appeal to review an order entered by the Superior Court of Fayette County finding Smith in contempt and awarding James Tracy Smith attorney fees and $30,316.54 in reimbursement for spousal support payments he made following Smith's remarriage. Upon careful review of the entire record in this case, we conclude that the application for discretionary appeal was improvidently granted, and it is therefore ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__05/19/2025__*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*